**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   STEFANIE KEENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-946-R |
| | ) | |
| 1.   L AND J ACQUISITIONS, L.L.C, a/k/a Battison Honda, | ) ) | |
| | ) | |
| 2.   SAI OKLAHOMA CITY H LLC, d/b/a MOMENTUM HONDA NORTHWEST, | ) ) ) | |
| | ) | |
| 3.   SONIC AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF DECEMBER, 2014.**

s/ Amber L. Hurst
Mark E. Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Nathan L. Whatley
Nathan L. Whatley, OBA No. 14601
Amy D. White, OBA No. 19255
*(Signed by filing attorney with permission)*
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: nathan.whatley@mcafeetaft.com
         Amy.white@mcafeetaft.com
*Counsel for Defendant L & J*

s/W. Kirk Turner
(*Signed by filing attorney with permission of Mr. Turner*)
W. Kirk Turner, OBA No. 13791
Rachel B. Crawford, OBA No. 20662
Newton, O'Connor, Turner & Ketchum
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119
Phone (918) 587-0101
Fax (918) 587-0102
Email: kturner@newtonoconnor.com
         rcrawford@newtonoconnor.com
*Counsel for SAI Oklahoma City H, LLC and Sonic Automotive, Inc.*